# UNITED STATES DISTRICT COURT

for the

9th District of Alaska

Fairbanks Division

Class Action Lawsuit (See Attachment)
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Criminal Justice System in the fourth district of Alaska of Fairbanks
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

RECEIVED
JAN 22 2026
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Class Action Law Suit See Attachment
All other names by which you have been known:
ID Number:
Current Institution: Fairbanks Correctional Center
Address: 1931 Eagan Ave
Fairbanks, AK 99701
*City* *State* *Zip Code*

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Criminal Justice System in the fourth district of Alaska in Fairbanks, AK
Job or Title *(if known)*: Fairbanks Criminal Courts
Shield Number:
Employer:
Address: 101 Lacey St
Fairbanks, AK 99701
*City* *State* *Zip Code*
☐ Individual capacity  ☒ Official capacity

Defendant No. 2
Name:
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
*City* *State* *Zip Code*
☐ Individual capacity  ☐ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

            City            State            Zip Code
    ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

            City            State            Zip Code
    ☐ Individual capacity   ☐ Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    SEE Attachment

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Violating our equal Justice Right - Due Process of Law*

*SEE Attachment*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* *Unsentenced State & federal prisoner*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*In our criminal case here in the Fourth District of Alaska in Fairbanks, AK*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*N/A*

C. What date and approximate time did the events giving rise to your claim(s) occur?

In all of our court hearing with our Criminal Cases

SEE attachment

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Violating our Civil Rights in both the United State Constitution and the Alaska Constitution

See Attachment

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

We are requesting the sum of $750,000.00 plus all Court and Attorney fee's paid for and to stop violating our constitutional Rights in our Criminal Justice system in the Fourth District of Fairbanks, Alaska ($750,000.00 for each Plaintiff's)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Fairbanks Correctional Center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes   This is not a grievance issue

☐ No

☒ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No    N/A

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes   Not a grievance issue

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   SEE attachment I sent Letters to
   Alaska State Ombudsman
   Sen. Scott Kawasaki - 1292 Sadler Way Ste 314
   Fairbanks Daily News Miner - 200 North Cushman St
   Your Alaska Link - News - 2700 East Tudor
   KTUU - News

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   Not a grievance procedure issue

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   See page 7:(E)(4)

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   See attachment

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit
     Plaintiff(s) _____
     Defendant(s) _____

  2. Court *(if federal court, name the district; if state court, name the county and State)*
     _____

  3. Docket or index number
     _____

  4. Name of Judge assigned to your case
     _____

  5. Approximate date of filing lawsuit
     _____

  6. Is the case still pending?

     ☐ Yes

     ☒ No

     If no, give the approximate date of disposition. _____

  7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
     _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes

      ☒ No

      If no, give the approximate date of disposition _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/7/2026

Signature of Plaintiff: SEE attachment Class Action Lawsuit
Printed Name of Plaintiff: SEE attachment
Prison Identification #: SEE attachment
Prison Address: 1931 Eagan AVE.
City: Fairbanks   State: AK   Zip Code: 99701

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City:   State:   Zip Code:
Telephone Number:
E-mail Address:

I myself, Class action lawsuit, and along with many others here at Fairbanks Correctional Center (FCC) is a victim in the Crimial Justice System in the fourth district of Alaska in Fairbanks, Alaska. The Fairbanks Superior State Courts and due to the Alaska State Troopers (A.S.T) for filing excessive crimial charges to all indigent defendants and to all other defendants that was brought to FCC for their Crimial court hearings. Also with the District Attorney (DA) of the fourth district in Fairbanks, Alaska for carrying out the case and for not correcting the excessive crimial charges being filed by A.S.T. is in violation of our Alaska Constitution and our Amendment rights under the United States Constitution. Our Rights being violated are: United States Constitution - Amendment - 4, 5, 6, 7, 8, & 14. Section 1 Due Process of law. Also, under the Alaska Constitution §3 Civil Rights, §7. Due Process, §11. Rights of Accused, §12. Crimial Administration; §14. Searches & Seizures.

All inmates here at FCC

Also the DA's of Fairbanks are making us take deal's or plead out to what the charges should've been from the beginning or after our arragnment hearing and calling it a deal. This is violating our Due Process Law for equal Justice. The Crimial System here in the Fourth District of Fairbanks, AK is not about equal justice or correction, its about money and keeping their crimial business going.

Relief/argumenting

We as Alaska Residence in the Fourth district in Fairbanks is asking for help in our criminal system which is not a place of equal Justice in the criminal Justice, but feels like more of a place of business, than a place of corrections. We are asking for the help of the public and service of all state official to step in and step up to help defend the Alaska Constitution and bring back the equal Justice in our criminal System for all departments such as: Alaska State Troopers, Superior State Courts, Fairbanks District Attorney's and the Fairbanks Public Defenders/Public Advocacy. It is their duty to make sure all departments follows, obey, respect, acknowledge, and to carry out our Alaska constitution as written by our previous leaders in June 30, 1958 when Alaska became state. So please help bring back the equal Justice in the criminal System for all Alaska Residence. Thank you very much for your time in this matter and you all have a blessed day and God bless you all.

Fairbanks State Court House
101 Lacey St
Criminal Court System

Fairbanks Public Defenders
529, 5th Ave (Ste #1)

Public Advocacy
100 Cushman St. (Ste 502)

Fairbanks State Troopers

Fairbanks District Attorney

} All part of this corrupted criminal Justice System

When we first stand in front of a Judge on Arraignment for the charges brought against us and the State Judge ~~asks~~ ask if we can afford an attorney and we ~~say~~ say No. Then we get a Court appointed attorney. Ok now and depending on what level of offense the charges are. Their A, B, or C Felony the Court appointed attorney gets a certain amont of funds to represent their clinets. Which is ?

    Class A Felony - 9 thousands dollars they recieve from the State of Alaska

    Class B Felony - 6 thousands dollars they recive from the State of Alaska

    Class C Felony - 3 thousands dollars they recive from the State of Alaska

    Unclassified Felony - 12 thousands dollars tho recive from the State of Alask.

And on top of these funds they get their Salary Pay checks 25 dallars an hour.

Ok, now knowing this information and this is how they are supposed to use these funds.

    1 - File motion at your request such as bail ~~hear~~ hearing, motion, motion to suppressed evidense ext. ext.

    2 - have the investigator to investigate on your behalf

To file a motion, its around 400 to 900 to file a motion. Now lets just say that you did not request any motion to be filed and take a plea deal and to file a change of plea motion which is 800 dollars out of that fund they get to represent you and they get to keep the rest for themself.

So behind close door we don't know what they are contemplating in our Crimial Case. And when I say they meaning our: Public Defender, District Attorney's and the Judge is who im reffering to. It's time we put a stop to this corrupted Crimil System they have here in the 4th district of Fairbanks, Alaska and come together and get it back on track so our Constitution Rights back—

The funds that im talking about is the corruption that I am talking about in our Crimial System. Also this is way the excessively charge us is they can get this money and the trooper are probably or they are involved with this corruped Justice System just as much as our Attorney's, District Attorney's and the State Judge.

Class Action Lawsuit on the Crimial Justice system on how they are violating our Constitution Rights. Please Read and if you agree sign below.

| Print Name | Signature | OB# | Date |
|---|---|---|---|
| Joshua Matheny | J.I Matheny | 767000 | 1-7-2026 |
| Gareth Northway | Youth Northway | 416970 | 1-7-26 |
| Jeremy Maroney | Jeremy L. Maroney | 774721 | 1-7-26 |
| Benjamin Henry | Benjamin Henry | 360096 | 1-7-26 |
| Vincent Roberts | V. Roberts | 488234 | 1-7-26 |
| Odin R. Tascapita | Odin R. | 461586 | 1-7-26 |
| Goodwin Semaken | (signature) | 131043 | 1-7-26 |
| Brandon Galanin | BG | 768693 | 1/7/2026 |
| Alan Cleveland | Alan Cleveland | 506704 | 1-7-2026 |
| Kestin McKay | Kash | 758310 | 1/7/2026 |
| Samuel Martere Tarton Harris | (signature) | 470343 | 1/7/2026 |
| Winston E. Smyth | Winston Smyth | 442017 | 1/7/2026 |
| Tony Sam Jr. | Tony Sam Jr. | 46356 / 739184 | 1-7-26 |
| Donovin Bass | (signature) | | 1-7-26 |
| Bradley Carroll | Bradley Carroll | 548110 | 1-7-26 |
| Kenny Matthews | (signature) | 403332 | 1-7-26 |
| Carlos Quinones | Carlos Q. | 574175 | 1-7-26 |
| Joseph Kruser | (signature) | 408882 | 1-7-26 |
| Erickson (Scott?) | (signature) | 184326 | 1-7-26 |
| Joseph Richmond | Joseph Richmond | 770624 | 1-7-26 |
| (scribbled out) | (scribbled out) | (scribbled out) | (scribbled out) |
| Justin Spydr / ED Hansen | ED Hansen | X | 1-7-26 |
| Vadim Shastitko | (signature) | 738060 | 1-7-26 |

| Print Name | Signature | OB # | Date |
|---|---|---|---|
| Christopher O'brien | Chris O'brien | 762428 | 1-7-26 |
| Petngabria Garrett Paul | Petngabria Garrett Paul | 773608 | 1-7-26 |
| Allen Jay Starr | Allen Jay Starr | 219294 | 1-7-2026 |
| Morris Saunders | Morris Saunders | 750941 | 1-7-26 |
| Jimmy Demit | Jimmy Demit | 512623 | 1-7-26 |
| Josh Craft | Josh Craft | 516367 | 1-7-26 |
| KYUNGSHIK WON | KYUNGSHIK WON | 769449 | 1-7-26 |
| Joshua Schloesse | Joshua Schloesse | 349449 | 1-7-26 |

MORE Signatures to come from FCC

| Justin Stark | Justin Stark | 505966 | 1-9-26 |

Page 2 of 2

FCC inmates
Fairbanks Correctional Center
1931 Eagan Ave
Fairbanks, AK 99701-5703



RECEIVED
JAN 22 2026
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Federal Court House
ATTN: Clerk of Courts
101, 12th ave (RM:332)
Fairbanks, AK 99701-5703


